IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                      NO. 4:13CR00090-02-KGB

ALMOND LEWIS

## ORDER

Pending before the Court is a Motion for Revocation of Pre-Trial Release (Doc. No. 181) requesting a summons be issued for this Defendant. For good cause shown, the motion for issuance of summons is GRANTED. The Clerk shall issue summons to Defendant Almond Lewis for appearance at a hearing before United States Magistrate Judge Joe Volpe on Thursday, February 20, 2014, at 1:30 p.m. to show cause why his pre-trial release should not be revoked.

IT IS SO ORDERED this 11th day of February, 2014.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE